# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JIMMY WRIGHT

NO. 2021 KW 1352

DECEMBER 30, 2021

---

In Re:    Jimmy Wright, applying for supervisory writs, 16th
          Judicial District Court, Parish of St. Mary, No. 12-
          188,088.

---

BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.

   WRIT DENIED.

                         VGW
                         AHP
                         CHH


COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT